**DISMISS and Opinion Filed October 24, 2022**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00632-CV**
_____

**TERESA WARD, Appellant**
**V.**
**THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK,
NATIONAL ASSOCIATION, AS TRUSTEE FOR C-BASS MORTGAGE
LOAN ASSET-BACKED CERTIFICATES, SERIES 2004-RPI, OCWEN
LOAN SERVICING, L.L.C., DAVID GARVIN, MICHAEL P. MENTON,
MICHAEL R. STEINMARK, GEARY CLINT JONES, INDIVIDUALLY
AND AS GOVERNOR OF METRO W. LLC, METRO W. LLC,
SHAO-AN WANG, ELMER CHAVEZ, AND NICOLE CHAVEZ, Appellees**

_____

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00556-2021**

_____

## MEMORANDUM OPINION

Before Justices Molberg, Partida-Kipness, and Carlyle
Opinion by Justice Molberg

The clerk's record was originally due July 26, 2022. It has not been filed because of non-payment. By orders dated August 4 and August 26, we gave appellant two opportunities to provide either written verification that she has paid or made arrangements to pay the fees for the clerk's record or written documentation that she is entitled to proceed without payment of costs. We further cautioned

appellant that should she fail to provide the requested written verification or documentation related to the clerk's record, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

As of today's date, appellant has not complied. Accordingly, we dismiss the appeal for want of prosecution. *See id.*

/Ken Molberg//
KEN MOLBERG
220632f.p05                     JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TERESA WARD, Appellant

No. 05-22-00632-CV      V.

THE BANK OF NEW YORK
MELLON F/K/A THE BANK OF
NEW YORK AS SUCCESSOR IN
INTEREST TO JP MORGAN
CHASE BANK, NATIONAL
ASSOCIATION, AS TRUSTEE
FOR C-BASS MORTGAGE LOAN
ASSET-BACKED CERTIFICATES,
SERIES 2004-RPI, OCWEN LOAN
SERVICING, L.L.C., DAVID
GARVIN, MICHAEL P. MENTON,
MICHAEL R. STEINMARK,
GEARY CLINT JONES,
INDIVIDUALLY AND AS
GOVERNOR OF METRO W. LLC,
METRO W. LLC,
SHAO-AN WANG, ELMER
CHAVEZ, AND NICOLE
CHAVEZ, Appellees

On Appeal from the 219th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 219-00556-
2021.
Opinion delivered by Justice
Molberg. Justices Partida-Kipness
and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 24th day of October, 2022.